STATE OF CONNECTICUT *v.* JAMES T. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 575 (AC 19680), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Felix Esposito,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided December 20, 2000

FIRST SELECTMAN OF THE TOWN OF RIDGEFIELD ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 60 Conn. App. 64 (AC 19929), is denied.

*J. Allen Kerr, Jr.,* in support of the petition.

Decided December 20, 2000